JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6321-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Feng CHEN Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Canton, MA

Birth date (Yr only): 1984 SSN (last4#): 9643 Sex M Race: A Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Feng Chen

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6322-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Qinliang CHEN Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Rosemead, CA

Birth date (Yr only): 1990 SSN (last4#): 3916 Sex M Race: A Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Qinliang CHEN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6322-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Yanbing CHEN Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Staten Island, NY

Birth date (Yr only): 1994 SSN (last4#):______ Sex M Race: A Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Yanbing CHEN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute five kilograms or more of cocaine and MDMA | 2 |
| Set 3 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 4 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6321-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Licheng HUANG Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Kingston, MA

Birth date (Yr only): 1983 SSN (last4#): 5908 Sex M Race: A Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Licheng Huang

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________________

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6322-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Rongjian LI Juvenile: [ ] Yes [x] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [x] No

Alias Name ______

Address (City & State) Staten Island, NY

Birth date (Yr only): 1987 SSN (last4#): 8763 Sex M Race: A Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** [ ] Yes [x] No List language and/or dialect: ______

**Victims:** [ ] Yes [x] No If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [x] No

**Matter to be SEALED:** [ ] Yes [x] No

[x] Warrant Requested [ ] Regular Process [ ] In Custody

**Location Status:**

**Arrest Date** ______

[ ] Already in Federal Custody as of ______ in ______.
[ ] Already in State Custody at ______ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** [ ] Complaint [ ] Information [x] Indictment

**Total # of Counts:** [ ] Petty ______ [ ] Misdemeanor ______ [x] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[x] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** Rongjian LI

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________________

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6322-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Xiong LIN Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Brooklyn, NY

Birth date (Yr only): 1989 SSN (last4#): 7683 Sex M Race: A Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Mandarin

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Xiong LIN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute 500 grams or more of cocaine and MDMA | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________________

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6321-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Roger LUO Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Winthrop, MA

Birth date (Yr only): 1987 SSN (last4#): 8920 Sex M Race: A Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Roger Luo

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6321-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Thong NGUYEN Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Saugus, MA

Birth date (Yr only): 1994 SSN (last4#): 5364 Sex M Race: A Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Thong Nguyen

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________________

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6321-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Mariano SANTANA Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Hyde Park, MA

Birth date (Yr only): 1967 SSN (last4#): 2612 Sex M Race: H Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** Mariano Santana

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______________________

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6321-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Augustin VILLA Juvenile: [ ] Yes [x] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [x] No

Alias Name ______

Address (City & State) Cranston, RI

Birth date (Yr only): 1963 SSN (last4#): 4417 Sex M Race: H Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** [ ] Yes [x] No List language and/or dialect: ______

**Victims:** [ ] Yes [x] No If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [x] No

**Matter to be SEALED:** [ ] Yes [x] No

[x] Warrant Requested [ ] Regular Process [ ] In Custody

**Location Status:**

**Arrest Date** ______

[ ] Already in Federal Custody as of ______ in ______.
[ ] Already in State Custody at ______ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** [ ] Complaint [ ] Information [x] Indictment

**Total # of Counts:** [ ] Petty ______ [ ] Misdemeanor ______ [x] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[x] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** Augustin Villa

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________________

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 22-6321-MPK
Search Warrant Case Number 22-6061-6062-MPK
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Jin Hua ZHANG Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Staten Island, NY

Birth date (Yr only): 1987 SSN (last4#): 8052 Sex M Race: A Nationality: ______

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Christopher Pohl Bar Number if applicable ______

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______ .
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/13/2022 Signature of AUSA: /s/ Christopher Pohl

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Jin Hua Zhang

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute five kilograms or more of cocaine and MDMA | 2 |
| Set 3 | 18 U.S.C. § 982(a)(1) | Money laundering forfeiture allegation | |
| Set 4 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________