AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Feng CHEN
Defendant

Case No. 22-cr-10279

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Feng CHEN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

Date: 10/13/2022

*Issuing officer's signature*

City and state: Worcester, MA

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Qinliang CHEN

Defendant

Case No. 22-cr-10279

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Qinliang Chen,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

Date: 10/13/2022

*Issuing officer's signature*

City and state: Worcester, MA

Hon. David H. Hennessy, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

### Return

This warrant was received on *(date)* __________, and the person was arrested on *(date)* __________
at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Yanbing CHEN<br><br>_Defendant_ | ) ) ) ) ) ) | Case No. 22-cr-10279 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Yanbing Chen ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

21 U.S.C. § 846 - Conspiracy to distribute and to possess with intent to distribute five kilograms or more of cocaine and MDMA

Date: 10/13/2022

*Issuing officer's signature*

City and state: Worcester Xxxxxx, MA

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________
at *(city and state)* ____________ .

Date: ____________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Licheng HUANG
*Defendant*

Case No. 22-cr-10279

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Licheng HUANG , who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

Date: 10/13/2022

*Issuing officer's signature*

City and state: Worcester ~~Boston~~, MA

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* __________ , and the person was arrested on *(date)* __________ at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Rongjian LI
) Case No. 22-cr-10279

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Rongjian LI,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

Date: 10/13/2022

*Issuing officer's signature*

City and state: Worcester ~~Boston~~, MA

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>Xiong LIN<br><br>*Defendant* | ) ) ) ) ) ) | Case No. 22-cr-10279 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Xiong Lin, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to distribute and to possess with intent to distribute 500 grams or more of cocaine and MDMA

Date: 10/13/2022

*Issuing officer's signature*

City and state: Worcester ~~Boston~~, MA

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

### Return

This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________ at *(city and state)* ____________ .

Date: ____________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Roger LUO

*Defendant*

Case No. 22-cr-10279

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Roger LUO ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

Date: 10/13/2022

*Issuing officer's signature*

City and state: Worcester ~~Boston~~, MA

Hon. David H. Hennessy, U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Mariano SANTANA

*Defendant*

Case No. 22-cr-10279

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mariano SANTANA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

Date: 10/13/2022

*Issuing officer's signature*

Worcester

City and state: ~~Boston~~, MA

Hon. David H. Hennessy, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Augustin VILLA

*Defendant*

Case No. 22-cr-10279

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Augustin VILLA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

Date: 10/13/2022

*Issuing officer's signature*

Worcester
City and state: Boston, MA

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________
at *(city and state)* ____________ .

Date: ____________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Jin Hua ZHANG

*Defendant*

Case No. 22-cr-10279

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jin Hua ZHANG, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

21 U.S.C. § 846 - Conspiracy to distribute and to possess with intent to distribute 5 kilograms or more of cocaine and MDMA

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 10/13/2022

*Issuing officer's signature*

City and state: Worcester Boston, MA

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Thong NGUYEN

*Defendant*

Case No. 22-cr-10279

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Thong NGUYEN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to commit money laundering

Date: 10/13/2022

*Issuing officer's signature*

Worcester
City and state: ~~Boston~~, MA

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______ .

Date: ______

*Arresting officer's signature*

*Printed name and title*