UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIN HUA ZHANG, ET AL. | Case No. 22-CR-10279-AK |

**GOVERNMENT'S SECOND PROPOSED ORDER SETTING CRIMINAL CASE FOR JURY TRIAL**

Pursuant to the continuance of the trial date to April 7, 2025, which the Court ordered at the status conference on September 20, 2024, the United States of America, by and through the undersigned Assistant United States Attorneys, has prepared a Proposed Order Setting this Criminal Case for Trial, attached as Exhibit 1, which the government respectfully requests that the Court endorse and enter. Counsel will be prepared to discuss the pretrial schedule at the status conference on November 20, 2024.

JOSHUA S. LEVY
Acting United States Attorney

By: /s/
Christopher J. Pohl
Brian A. Fogerty
Meghan C. Cleary
Assistant U.S. Attorneys

Dated: November 18, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to anyone indicated as non-registered participants by First Class Mail.

                                                */s/ Meghan C. Cleary*
                                                Christopher J. Pohl
                                                Brian A. Fogerty
                                                Meghan C. Cleary
                                                Assistant U.S. Attorneys

Dated: November 18, 2024