UNITED STATES OF AMERICA
United States District Court
District Of Massachusetts

UNITED STATES

v.                                        Docket No(s).: 1:22-cr-10279-AK

FENG CHEN
   *Defendant*

## DEFENDANT'S ASSENTED MOTION FOR PERMISSION TO TRAVEL

The Defendant moves this Honorable Court to grant him permission to travel out of State of California for seven days while on conditions of pre-trial release. In support of the Motion, the Defendant states that:

1. That the Defendant be allowed to travel to California to attend a restaurant training program located at Temple City Mikiya, 5728 Rosemead Blvd m#107, Temple City, CA 91780;

2. The Defendant has been in full compliance with terms and conditions of pretrial release;

3. The Defendant is **NOT** the subject of GPS electronic monitoring;

4. The Defendant's next scheduled court date is April 7, 2024, for trial;

5. This trip would require travel out of the state from December 16, 2024, until December 23, 2024; and,

6. The Government assents to the allowance of this motion.

The Defendant respectfully requests that this Honorable Court allow the Motion and grant him permission to travel out of the state for 7 days prior to his next scheduled court date.

Respectfully submitted,

Feng Chen
By his attorney,

DATE: 12/12/2024

*Anthony R. Ellison, Esq.*
ANTHONY R. ELLISON, ESQ.
299 GALLIVAN BOULEVARD
BOSTON, MA 02124
TEL. (617) 506-7057
FAX (617) 506-7175
CELL (617) 642-0689
EMAIL: ARELLISONLAW@GMAIL.COM
BBO 567037

## CERTIFICATE OF SERVICE

I, Anthony R. Ellison, counsel for the Defendant, Feng Chen, hereby certify that a true, accurate copy of Defendant's Assented to Motion For Permission to Travel was filed and served upon all interested parties electronically on December 12, 2024.

_/s/ *Anthony R. Ellison*__
Anthony R. Ellison, Esq.