UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.   ) <br> ) <br> RONGJIAN LI,   ) <br>     Defendant   ) <br> ) | Crim. No. 1:22-CR-10279-AK-8 |

### DEFENDANT'S MOTION SEEKING PERMISSION FOR TRAVEL

NOW COMES, the Defendant, Rongjian Li, by and through undersigned counsel who respectfully requests that this Honorable Court enter an order for a one-time dispensation from the terms and conditions of his pre-trial release for travel purposes.

1. Mr. Li and his family currently reside in Staten Island, New York;

2. Mr. Li is currently on pretrial release, being supervised out of the Eastern District of New York and at all times has been in full compliance with all terms and conditions;

3. Mr. Li desires to travel with his family by car on 4/7/25 to a cemetery located at 80 Commerce Street in Hawthorne, NY to visit two gravesites, one belonging to his grandfather, Dong Cheng Li, who passed in 2008, and his father, Wen Zhong Li, who passed in 2003;

4. Mr. Li's family takes this trip annually to pay their respects to their loved ones and do not plan to stay overnight, hence this being classified as a day trip;

5. Mr. Li's travel is currently restricted to the confines of New York City, Long Island, and Massachusetts, hence, he is seeking permission from this Honorable Court;

6. No other party to this matter will be prejudiced or unduly burdened should this motion be allowed; and,

7. **Undersigned counsel has conferenced this motion with PO Kadian Hammond and AUSA Christopher Pohl, who both offer no objection to this request.**

WHEREFORE, Mr. Li respectfully requests this motion be allowed.

                                    Respectfully Submitted:
                                    RONGJIAN LI
                                  By and through his Attorney:

Dated: April 3, 2025                    */s/ Robert M. Griffin/*
                                    Robert M. Griffin, BBO No. 553893
                                    vikas@dharlawllp.com



Schrafft's City Center Power House Bldg.
529 Main Street, Suite P200
Charlestown, Massachusetts 02129
Office: 617.880.6155
Mobile: 508.922.9794
Fax: 617.880.6160

## CERTIFICATE OF SERVICE

I, Robert M. Griffin, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by ECF upon all parties registered with CM/ECF in this matter on the date above.

                                    */s/ Robert M. Griffin*
                                    Robert M. Griffin