# EXHIBIT A

Letter from Agustin Villa

From: Agustin Villa

Cranston, RI 02920

(401) 548-9429

June 18, 2025

Dear Honorable Judge,

I am writing this letter with deep humility and full acknowledgment of the mistakes I have made. I understand that I am before you due to my involvement in my offense, and I accept full responsibility for my actions.

I do not seek to excuse my behavior, but I do ask for your compassion as you determine my sentence. I am an aging individual and who's health is changing steadily. I hope the Court can take these circumstances into account.

This experience has already changed my life in profound ways. I've had time to reflect on my decisions, the people I've hurt, and the trust I've broken — especially with my family. I am truly remorseful and committed to becoming a better man. I understand now more than ever the value of integrity and the consequences of poor choices.

If the Court would consider a sentence that allows me to address my health needs—such as home confinement, probation, or a reduced term—I would be forever grateful. I want to use whatever time I have left to make things right with my family and community, and to live the remainder of my life as a responsible, law-abiding person.

Thank you, Your Honor, for taking the time to read this letter. I place myself at the mercy of the Court and trust in your fairness and wisdom.

Respectfully,

**Agustin Villa**