# EXHIBIT B

## Support Letters

1. Kevin Villa
2. Jerson Vargas
3. Pastor Maria Alcantara
4. Michael Perry

From: Kevin Villa

Cranston, RI 02920

(803) 979-0550

May 30, 2025

Dear Honorable Judge,

I hope this letter finds you well, I am writing to request your leniency regarding the sentence of my father Agustin Villa, who is scheduled for sentencing in your court on June 3, 2025.

My father has shown genuine remorse for his actions since his arrest. He and I are both aware of the gravity of the crime he was convicted of, but it is still hard to wrap my head around. This is not the man I know and I'd like to give you a perspective that shows that he is more than the sum of his actions.

My father has always been there for me and my family. He is a hard working man and always willing to lend a hand with everything from help the elderly neighbors with there groceries inside the house to helping me find a job by asking people around that he knew if there companies were hiring.

No one is perfect in this life and we all make mistakes but I do know that my father gives his best to make his family positive, smile and laugh everyday that he gets a chance. A person that grew up in rough environment and is still a positive person to this day really shows that he knows the true meaning of life and that's to enjoy life everyday as much as possible.

I would hate to see my father lose that energy of positivity, the jokes he makes all the time, the laughs and lectures to becoming a good man and his freedom. As you know my father is turning 62 this June and he is at his point in life where he is becoming elderly. It would break my heart to see my father get old in prison and not be able to enjoy his last few years working to retire. I strongly believe that a lesser sentence is most appropriate in this situation.

Sincerely,

Kevin Villa

Jerson R Vargas
President
Real Colombia Football Club
Rhode Island


5/25/2025

To Whom It May Concern,

With great pride and appreciation, we recognize Agustin Villa as a valued member of our vibrant soccer community here in Rhode Island. As part of the Real Colombia Football Club, Agustin has demonstrated unwavering commitment, sportsmanship, and a passion for the game far beyond the pitch.

Agustin has been an active contributor to multiple aspects of our organization. His dedication to coaching and mentoring young adults has had a meaningful and lasting impact. Through structured training sessions and personal guidance, he has helped nurture the skills and character of the next generation of players.

Equally important has been Agustin's enthusiastic support and involvement in our Veterans Over-40 League, where he continues to show the same level of energy, respect, and camaraderie that defines our club's values. His presence on and off the field inspires many and strengthens the community spirit that makes Real Colombia so special.

We are proud to count Agustin Villa among our members and fully endorse his contributions to the sport and our football family.

Sincerely,
Jerson R Vargas
President
Real Colombia Football Club

# IGLESIA ROCA ETERNA

Pastora Maria Alcantara, 400 warwick avenue #12

warwick, RI 02888

01 February 2025

To Whom It May Concern,

I, **Maria Alcantara**, am pastor of Iglesia Roca Eterna. I have known **Augustin Ville** for approximately two years. He is a regular attendee at our church, often visiting on Sundays and during the week. Over this time, I have observed his character and can confidently say that he is a good man with a positive attitude.

Please do not hesitate to contact me if you have any further questions or require additional information.

Sincerely,

**Pastor Maria Alcantara**

**deliana292001@gmail.com**

To whom it May Concern,

My name is Michael Perry and I'm the manufacturing manager at Ennovi, RI. I'm writing this letter on behalf of Agustin Villa. Agustin has been working for me for 15 months. During this time, he has shown great character and responsibility. Agustin always shows great attitude and works well with all his co-workers. During the past 15 months I have many conversations with Agustin. To me he seems like a responsible and dedicated family man. He shows up to work everyday and is willing to go the extra mile to help others. It has been a pleasure to work alongside Agustin these past 15 months.

Regards,

Michael Perry

(mperry2027@aol.com)