UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                           ) | Criminal No. 22-10279-AK |
| ) | |
| ) | |
| THONG NGUYEN                   ) | |

**LETTERS RE: SENTENCING**

Attached hereto are redacted letters in support of the defendant concerning his sentencing hearing.

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this pleading was served electronically this 22nd day of June, 2025 on all parties registered.

    Respectfully submitted,
    By his attorney,

    /s/ Robert L. Sheketoff
    Robert L. Sheketoff
    Sheketoff & O'Brien
    BBO# 457340
    One McKinley Square
    Boston, MA 02119
    (671) 367-3449
    sheketoffr@aol.com