Judge Angel Kelley
Boston Courthouse
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Kelly,

On behalf of my dearest and best friend Thong Nguyen, I have enclosed in the lines below a sincere character statement.

I have known Mr.Nguyen since the 4th grade - well over half of my life. Mr.Nguyen has not only been my best friend, but also a brother to me. As I reflect back on our times as children I recall a few of his best traits. Mr.Nguyen has always been very family oriented. He would spend time after school watching his younger siblings or helping his parents with small tasks in their convenience store. He would do these tasks for his parents before we could hang out and always without hesitation or annoyance a young child would typically have. He was always a great son and older brother - and still is. Even to this day he helps his family's small business however he can. Mr.Nguyen has always had compassion towards others less fortunate than he. In high school Mr.Nguyen was part of an organization called the Asian Task Force Against Domestic violence. He devoted his time volunteering and providing community outreach efforts for those affected by abuse. He also volunteered throughout high school for the American Red Cross club. Mr.Nguyen helped organize events to raise money for various Red Cross charities. Mr.Nguyen has always been a hard worker. After starting his position at the Lenox Hotel many years ago I remember Mr.Nguyen saying that he really wanted to work his way up and eventually move on from the front desk position to a managerial role. Today I can state he has accomplished his goal. Over the years he has worked his way to higher positions proving to himself that he is capable. Mr.Nguyen has been loyal to his employer for many years and continues to show up for them day after day. Not only is Mr.Nguyen loyal to his employer, but he is also loyal to his friends. He is there for others when they need him the most. Mr.Nguyen always actively listens and provides words of encouragement or advice and is willing to set aside his priorities to help his friends. One time Mr.Nguyen even flew across the country to help me drive for three days as I moved back home. He was the only friend that offered to help and did so without hesitation. Mr.Nguyen is reliable - someone I can always count on.

In closing, I do fully understand that Mr.Nguyen is being charged with the crime of money laundering. In every conversation we have had together Mr.Nguyen has demonstrated that he is contrite. Mr.Nguyen has never made an excuse or been dismissive of what he did and has shown remorse for the effects of his actions on his family, his fiance, his friends, the victims of his crime and his country. Mr.Nguyen is a great man. He has compassion, he is kind, he always lends a helping hand to his family and friends, he works extremely hard and he has ambition to create a wonderful future for himself. I plead for the court to take my statement into consideration. Thank you for your time.

Sincerely,

/ Alessandro Gabrielli /

Judge Angel Kelley

Boston Courthouse

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


Your Honor-

It is not often that I agree to take pen to paper and write a letter for one of my colleagues; but not only should I write this to you, I must!

Thong started with us eight years ago in guest reception. Since then he has flourished into a mature and trusted employee. So trusted, in fact, we have made him a manager in our accounting department, responsible for day-to-day cash flow, and banking.

When I heard the news of Thong's legal issues, I was in disbelief. Never would I have suspected him to fall prey to such a crime. Thong has always made great decisions while in the hotel, and certainly shows a departure from his true nature. The prospect of easy money got the best of him.

Our hotel is better with Thong in it, and the guest experience is even better because of him. Hoping that his actions since his incarceration has shown his true self colors and demonstrates that he will never falter like that ever again.

Should you have any questions or need any further insight, I am certainly here to help!


Respectfully yours,

/Daniel Donahue/


President

Saunders Hotel Group

April 3, 2025

Judge Angel Kelley
Boston Courthouse
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Kelley,

I am writing to you on behalf of my colleague and friend Thong Nguyen. As a hospitality and human resources professional for the past 25 years in Boston, I have had the pleasure of hiring and working with many outstanding team members, one of which is Thong. Thong began working at The Lenox Hotel in Boston's Back Bay in the spring of 2017 as a Guest Service Agent. Thong's bright smile and eagerness to please quickly made him a favorite amongst our guests. Soon after starting, Thong volunteered to learn the overnight Night Audit, and then after just 6 months he was promoted to Concierge. There, his passion for restaurants and Boston's historic attractions was on full display, to the delight of our guests.

Thong's desire to learn and grow continued and he was promoted in 2019 to Housekeeping Manager. Housekeeping is one of the most unique departments in a hotel. As a young man, he was charged with managing a unionized team from 15 different countries, all with different demographics and socio-economic backgrounds. As someone who has worked as a housekeeping manager before I know how challenging it is to "win over" the team, but it took Thong no time at all! Thong's genuine care & concern for all his teammates was clear to all of us at the hotel each day.

When Covid hit, it was devastating to our industry. The Lenox remained open throughout, despite having only one room occupied at times. Thong's commitment to the hotel did not waver and he continued to work front desk, night audit and housekeeping shifts. Covid was a time for us to all reflect and decide on what was most important, and in 2021, Thong decided to make a bigger contribution to his family's laundromat business all the while staying fulltime nights and overnights at our front desk. This Spring, he has taken on a new role as Accounting Coordinator in charge of reconciling our food and beverage operations, and assisting guests and clients with their accounting needs. This is a crucial role that requires detailed attention and trust, and he has proven himself worthy.

I understand that Thong is being charged with the serious crime of money laundering. The Thong I know is kind, gentle and a people pleaser. In all the times we've spoken, never has he made an excuse for his actions. He is incredibly remorseful and understands the impact of his actions on his family, friends and the victims of his crime. Thong is a good man, with a big heart and great character. He has the support of his family and his work-family alike. I plead to the court to take this into consideration as you decide his fate.

Sincerely,

Erin Crowell
Vice President, Talent
Saunders Hotel Group

September 17, 2024

Judge Angel Kelley
Boston Courthouse
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Kelley,

I am writing to you on behalf of my colleague Thong Nguyen.   I have worked closely with Thong since March of 2017.  Thong brings a smile into work with him every day and his attention to detail he affords to the guests he serves is bar none.  Thong has challenged himself through his career at The Lenox, starting as a guest service agent, and then quickly being willing to help out as a night auditor on the overnight shift.  Tom also worked in our housekeeping department where he lead the team in guestroom and overall hotel cleanliness.  Tom became an integral part of the housekeeping team and did an excellent job managing the department.

After Covid Tom came back and positioned himself at the concierge desk.  Tom gets a myriad of requests from our guests and is always able to handle them with finesse.  Tom has taken the time to learn the 100's of restaurants in the city and is so seasoned in his position that guests come to ask for him by name.  Tom's overall character displays an I can do attitude and his genuine desire to please shows daily in his actions with guests and colleagues alike.  Everyone greatly enjoys working with Tom!

I understand that Thong is being charged with money laundering.  The Thong I know is genuine, warm, funny and a people pleaser.  After speaking with Thong of the incident he has never made excuses and holds himself accountable for his actions.   Thong is a hard worker, with a positive demeanor.  As a small family-owned company please know we support Thong in this difficult time.  I request for the court to take this into consideration as you decide his destiny.


Warm regards,

/Meredith White/

Meredith White
Vice President of Operations
Saunders Hotel Group

May 6, 2025

Peter Medeiros
335 Plymouth St
Middleboro, Massachusetts, 02346

The Honorable Judge Angel Kelly
U.S District Judge
U.S District Court for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts, 02210

**Dear Honorable Judge Kelly,**

I am writing to you in support of my dear friend and colleague, Thong Nguyen, who is before you for sentencing in his criminal case.

I have had the pleasure of working alongside Thong for the past six years at the hotel where we are both employed. In that time, I have come to know him as a kind, respectful, and dependable individual. Beyond our professional relationship, we have built a strong friendship, and I've always valued the thoughtful and authentic conversations we've shared outside of work. Thong has consistently been a source of support for me during some very difficult times in my life, and I'm truly grateful for the empathy and steadiness he's shown.

Thong has taken full responsibility for his actions, and from what I've observed, he has shown genuine remorse and humility throughout this process. I truly believe that this experience has had a significant impact on him and that he is committed to moving forward in a positive direction.

I respectfully ask that you consider allowing Thong to remain at or near home, where he has the support of his family, friends, and community. I believe this would provide the best environment for him to continue making amends and rebuilding his life.

Thank you for your time and consideration.

Sincerely,
**Peter Medeiros**

October 11, 2024

Judge Angel Kelley

Boston Courthouse

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

Dear Judge Kelly,

My name is Timothy Tran and I am writing to you on behalf of my friend Thong Nguyen whom I have known for the last 10 years. I moved to Boston to attend graduate school and currently work in the biotech industry. Outside of my school peers and industry colleagues, I cannot say I have made many connections outside of these circles. Thong, however, has been a great friend throughout my time here in Boston since 2014. Throughout the years, I've had the pleasure to receive his welcoming and kind spirit.

One of Thong's strongest attributes in his community is his welcoming and hospitable character. After moving here not knowing anyone, Thong took the time to cultivate our friendship and network me with other people in his community. Since then, I've met his family, close friends and even work colleagues; many of these connections I've made through Thong still hold today. Through these diverse connections, it is a clear testament to me the hospitable and kind character Thong has within his community. It shows that he is able to bring people together from different walks of life who see his kind and welcoming character.

Thong has made it known to me that he is being charged with the crime of money laundering. When Thong brought this matter to me, I remember him accepting the severity of his fault and the possible consequences of his choices. In speaking with him, I could fully understand that he is remorseful of his actions. I ask you, Judge Kelly, to please consider Thong and the positive impact he has made in his community as he stands trial before you.

/Timothy Tran/

Mary Lam
15 Lonsdale Street
Dorchester, MA 02124

May 1, 2025

Dear Honorable Judge Angel Kelley

I am writing this letter on behalf of my fiancé, Thong Quang Nguyen. I have had the privilege of knowing Thong for over 15 years. While many friends have come and gone, I consider myself truly fortunate and honored to have him by my side as my partner. We have been together for 10 years, and as I turned 32 this year, I realize how rare it is to have someone who has been a steady presence for nearly half of my life. We became engaged in November 2023 and have been building a meaningful life together centered on mutual respect, shared goals, and deep commitment to each other's dreams. We hope to get married in the near future, so we may build a family together and continue growing together.

Throughout our years together, Thong has consistently shown his deep commitment to both me and his family. While I pursued both my undergraduate and master's degrees, Thong stood by me through every challenge, often sacrificing his comfort to ensure I had the support and resources I needed to succeed. Whether it was making sure I was well nourished during stressful times or offering constant encouragement, his selflessness and care were always evident. We raised a beloved Shih-Tzu named Korra, who sadly passed away at just 8 years old due to sudden kidney failure. It was an incredibly difficult and emotional time for me, and Thong was the only person who truly understood the depth of my grief. We leaned on each other for comfort, and his quiet strength and compassion helped carry me through one of the most painful periods of my life.

What sets Thong apart from any person I know is his dedication and determination in his work. At one point, he worked tirelessly holding down three jobs. Thong worked the overnight shifts at the Lenox Hotel in Boston, during the day he helped run his family's business in Lynn and Malden, and while doing all of this, he still managed to spare time to build his real estate career. Despite the exhaustion and lack of sleep, he never complained. He continued to stay focused on building a better future for us and those he cared about. I'm proud of all he has accomplished and even more proud that he has already helped many families achieve the dream of homeownership. He has successfully closed 10 offers since earning his real estate license.

I have watched Thong grow so much over the last decade, maturing into a man who takes responsibility, shows resilience, and is always willing to step up when others need help. Since this legal case began, I have seen how deeply it has affected him. I want to express my sincere belief that this situation does not reflect the man I know him to be. Thong is remorseful and determined to move forward in a positive direction. I stand by him fully, and I respectfully ask the court to consider his long history of hard work, sacrifice, and good character as you make your decision.

Thank you very much for taking the time to read my letter and for considering my words during this difficult time.

Respectfully submitted,

*[signature]*

Mary Lam

Judge Angel Kelley
Boston Courthouse
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Kelly,

    My name is Antonios Tran and I am writing to you on behalf of my best friend Thong Nguyen who I have known since 2008. I moved to the United States in 2007 and when I started high school he was one of the persons to befriend me and has been my closest friend ever since. I have been through many lows and Thong has always been there for me without the expectation of a reward. When I had no place to stay, he gave me housing. When I was financially struggling, he helped me. When I was struggling mentally, he was there for me too.
    I have made many friends over the last 17 years but not many I can call a brother. Some of his best characteristics is that he can bring together groups of people from all kinds of backgrounds and he has never done anything to hurt a person directly or indirectly. His work history at the Lenox Hotel, a prestigious boutique hotel at the heart of Back Bay also attests to his true character with many years in the hospitality industry.
    When he told me he was being charged with the crime of money laundering, my heart sunk. He was filled with remorse for those affected around him; his family, fiancé, and his friends. He is a compassionate man that would never be involved with anything that harms other people and ever since he was charged all he has done is work to better himself and to provide for his future family. Therefore I humbly ask that you consider all the good he has done to the people around him.

Sincerely,
Antonios Tran

Michael C. Teazis
34 Beacham Avenue
Saugus, Massachusetts 01906

May 12, 2025

Judge Angel Kelley
Boston Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


To The Honorable Judge Angel Kelley,

My name is Michael Teazis and I am honored to offer my recommendation of Thông Nguyen whom I have known for eight years.
Thông and I work together. He is an amazing colleague and true friend. His greatest asset in work as well as in life, especially with his family, is his benevolent heart and devotion. Thông never tires of finding ways to make our guests welcome and their stay the most pleasurable, whether it is helping them discover a restaurant or a venue they would enjoy. He is also unique at offering valuable information about other cities he is knowledgeable about, such as Tokyo or Ho Chi Minh City. His international background is invaluable in the hotel business, and when he is not around his presence is greatly missed.

I admire and respect Thông's character and loyalty. He is an asset to his work, his friends and especially his family. Thông has always presented himself with levelheadedness, grace and has sacrificed greatly for his family.
I look forward to working with him for many years, all while reaping the benefits of his generosity and rich background. My wish is that everyone should have a hard-working colleague and trustworthy friend as remarkable as Thông. It is my hope this letter regarding Thông will act as a positive and contributing factor, when your Honor considers his matter.

Please do not hesitate to contact me should you require any further information.

Sincerely yours,


/s/Michael Teazis
Lenox Hotel and U.S.M.C. veteran

May 2, 2025

Judge Angel Kelley
Boston Courthouse
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Kelley,

  I am writing this letter to you on behalf of my brother Thong Quang Nguyen. I am his younger sister—we are 7 years apart. Growing up, my brother has always been a very independent person and has always had strong ambition about his life and what he wanted to do. My brother and I had never bonded in a regular way siblings would do, because of our age gap and his moving out at 18 years old. However, he never once stopped being the older brother that I look up to and admire. He has taught me that I must always have a positive mind in life to achieve things. But not only that, he taught me to be kind to myself and others, and not to be so hard on myself.

He is a person that friends and family can always rely on for advice, help, and encouragement. My brother not only has maintained two jobs, but he also manages my parents business and gives it his all while managing everything around him. His life was never easy, but he never forgot to be kind and give to those that have always been with him. Now that's my brother who I have always seen in my eye and that will never change.

I completely understand my brother's situation regarding his case of money laundering. However, after this case started, I have witnessed my brother live his life in remorse. He knows that things come with a price, and since then, he has lived his days with positive acts and making sure everything he does with his days now is meaningful and righteous. That's either helping our own family or working on helping families find a forever home through real estate. He truly knows his wrong, and he is devoted to his life honorably and doing right by those around him. I understand the extent of his crimes and his wrongdoing in the face of the law, but this single circumstance does not reflect his qualities as a person. I sincerely ask the court to consider his life of hard work and his good morals as a person as you make the decision.

I, Anh-Thu Tran, truly appreciate your time in reading my letter and hope the court will consider my words during this time of hardship.

Sincerely,

Anh-Thu Tran