UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 22-10279-AK(ss) |
| | ) | |
| 3. FENG CHEN, | ) | |
| Defendant | ) | |

GOVERNMENT'S AMENDED WITNESS LIST

The government files this amended witness list. The government reserves the right to further amend this list of witnesses with notice to the defendant:

1. FBI Special Agent Thomas Cleary
2. FBI Special Agent Grant Ferguson
3. FBI Intelligence Analyst Adrianna Hyland
4. FBI Special Agent Ryan Lane
5. FBI Special Agent Keith Nelson
6. Qing Hua Sun
7. FBI Intelligence Analyst Brandon Tetro
8. FBI undercover agent 1 (UC-1) – a.k.a. "Jeff" – testifying under the pseudonym "Peter Long"
9. FBI undercover agent 2 (UC-2) – a.k.a. "J" or "Jovanni" – testifying under the pseudonym "Stephen Church"
10. FinCEN Senior Compliance Officer Theodore Vlahakis
11. FBI Special Agent Benjamin Wallace
12. Cooperating Witness 1 (CW-1) – a.k.a. "Brian" – testifying under the pseudonym "David Yang"

13. Jin Hua Zhang

LEAH B. FOLEY
United States Attorney

By: /s/ Christopher Pohl
Christopher Pohl
Meghan C. Cleary
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 4, 2025.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney