UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FENG CHEN | Case No. 22-cr-10279-AK |

**DEFENDANT FENG CHEN'S**
**WITNESS LIST**

Defendant Feng Chen may call the following individuals to testify at trial:

1. Jin Hua Zhang
2. David Zou
3. Special Agent John F. Van Kleeff (Retired)

Mr. Chen reserves the right to call any witnesses on the government's witness list and to supplement and/or modify this witness list with notice to the government. Mr. Chen also reserves the right to supplement this list during any evidentiary hearing pertaining to sentencing.

Respectfully submitted,

FENG CHEN

By His Attorneys,

SHEEHAN PHINNEY BASS & GREEN, PA

Dated: August 4, 2025

By: */s/ Jennifer S. Tamkin*

Jennifer S. Tamkin (BBO #715784)
Patrick J. Queenan (BBO #679408)
David Losier (BBO #561690)
28 State Street, 22nd Floor
Boston, MA 02109
(603) 627-8239
jtamkin@sheehan.com

(617) 897-5672
pqueenan@sheehan.com
(617) 897-5604
dlosier@sheehan.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for all parties on August 4, 2025.

/s/ *Jennifer S. Tamkin*
Jennifer S. Tamkin