**UNCONTESTED EXHIBIT LIST**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Exhibit Number** | **Offered By** | **Brief Description** | | | |
| 1-1 | United States | August 6, 2021 Recording (USAO_5) | | | |
| 1-2 | United States | August 6, 2021 Recording (USAO_5) | | | |
| 1-3 | United States | August 6, 2021 Recording (USAO_5) | | | |
| 1-4 | United States | August 6, 2021 Recording (USAO_5) | | | |
| 1-5 | United States | August 6, 2021 Recording (USAO_5) | | | |
| 1-6 | United States | August 6, 2021 Recording (USAO_5) | | | |
| 2. | United States | Transcript of August 6, 2021 Recording (USAO_2687-2741) | | | |
| 3. | United States | August 6, 2021 Photograph (USAO_762) | | | |
| 4. | United States | August 6, 2021 Photograph (USAO_763) | | | |
| 5. | United States | RMV Records (USAO_17134-USAO_17140) | | | |
| 6. | United States | August 6, 2021 Photograph (USAO_1975) | | | |
| 7. | United States | August 6, 2021 Photograph (USAO_1976) | | | |
| 8. | United States | August 6, 2021 Photograph (USAO_1977) | | | |
| 9. | United States | August 6, 2021 – white plastic bag, FBI Evidence Item 1B1 | | | |
| 10. | United States | Image of August 6 Location (USAO_6871) | | | |
| 11-1. | United States | August 19, 2021 Recording (USAO_6) | | | |
| 11-2. | United States | August 19, 2021 Recording (USAO_6) | | | |
| 11-3. | United States | August 19, 2021 Recording (USAO_6) | | | |
| 11-4. | United States | August 19, 2021 Recording (USAO_6) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 11-5. | United States | August 19, 2021 Recording (USAO_6) | | | |
| 11-6. | United States | August 19, 2021 Recording (USAO_6) | | | |
| 12. | United States | August 19, 2021 Recording (USAO_7) | | | |
| 13. | United States | August 19, 2021 Photograph (USAO_1980) | | | |
| 14. | United States | Draft Transcript of August 19, 2021 Recording (USAO_2742-2835) | | | |
| 15. | United States | August 19, 2021 – Purple, blue, and pink gift bag, FBI Evidence Item 1B2 | | | |
| 16. | United States | Image of August 19 Location (USAO_6874) | | | |
| 17. | United States | February 7, 2022 Recording (USAO_22) | | | |
| 18. | United States | Draft Transcript of February 7, 2022 Recording (USAO_2836-2859) | | | |
| 19. | United States | Image of February 7 Location | | | |
| 20-1. | United States | February 14, 2022 Recording (USAO_23) | | | |
| 20-2. | United States | February 14, 2022 Recording (USAO_23) | | | |
| 21. | United States | February 14, 2022 Photograph (USAO_812) | | | |
| 22. | United States | February 14, 2022 Photograph (USAO_813) | | | |
| 23. | United States | Transcript of February 14, 2022 Recording (USAO_2860-2870) | | | |
| 24. | United States | Image of February 14 Location | | | |
| 25. | United States | March 9, 2022 Photograph (USAO_1852) | | | |
| 26. | United States | March 14, 2022 Photographs (USAO_1877-1931) | | | |
| 27. | United States | August 10, 2022 Check (USAO_1050) | | | |
| 28-1. | United States | August 10-11 Recordings (USAO_81-82) | | | |
| 28-2. | United States | August 10-11 Recordings (USAO_81-82) | | | |

| | | | | | |
|---|---|---|---|---|---|
| 28-3. | United States | August 10-11 Recordings (USAO_81-82) | | | |
| 28-4. | United States | August 10-11 Recordings (USAO_81-82) | | | |
| 28-5. | United States | August 10-11 Recordings (USAO_81-82) | | | |
| 29. | United States | Porsche Lease Agreement (USAO_017141) | | | |
| 30. | Chen | Photos of Chen home | | | |
| 31-1. | Chen | Photos of Restaurant | | | |
| 31-2. | Chen | Photos of Restaurant | | | |
| 32. | United States | UC Crypto Screenshots (USAO_9154-USAO_9169) | | | |
| 33. | United States | Certified MA Secretary of State Corporate Records (USAO_9075) | | | |

**EXHIBITS TO BE OFFERED AT TRIAL**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Exhibit Letter** | **Offered By** | **Brief Description** | | | |
| A-1. | United States | Photo of Feng Chen (USAO_6906) | | | |
| A-2. | United States | Photo of Jin Hua Zhang (USAO_17200) | | | |
| A-3. | United States | Photo of Licheng Huang (USAO_6910) | | | |
| A-4. | United States | Photo of Qing Hua Sun (USAO_6911) | | | |
| A-5. | United States | Photo of Roger Luo (USAO_6912) | | | |
| B. | United States | June 2, 2021 Recording (USAO_148) | | | |
| C. | United States | Transcript of June 2, 2021 Recording (USAO_8992-USAO_9000) | | | |
| D-1. | United States | January 10, 2022 Recording (USAO_17) | | | |
| D-2. | United States | January 10, 2022 Recording (USAO_17) | | | |
| D-3. | United States | January 10, 2022 Recording (USAO_17) | | | |

| | | | | | |
|---|---|---|---|---|---|
| D-4. | United States | January 10, 2022 Recording (USAO_17) | | | |
| D-5. | United States | January 10, 2022 Recording (USAO_17) | | | |
| D-6. | United States | January 10, 2022 Recording (USAO_17) | | | |
| E. | United States | January 10, 2022 Photograph (USAO_1847) | | | |
| F. | United States | January 10, 2022 Photograph (USAO_1848) | | | |
| G. | United States | Transcript of January 10, 2022 Recording (with USAO_10035-USAO_10094) | | | |
| H. | United States | Image of January 10 Location (USAO_6880-6882) | | | |
| I. | United States | Google Maps Search of 5023 8th Avenue, Brooklyn NY 11220 (USAO_1341) | | | |
| J. | United States | January 2022 Telegram Messages (USAO_98) | | | |
| K. | United States | January 2022 Text Messages (USAO_99) | | | |
| L-1. | United States | February 14, 2022 to March 1, 2022 Recordings (USAO_24) | | | |
| L-2. | United States | February 14, 2022 to March 1, 2022 Recordings (USAO_24) | | | |
| L-3. | United States | February 14, 2022 to March 1, 2022 Recordings (USAO_24) | | | |
| L-4. | United States | February 14, 2022 to March 1, 2022 Recordings (USAO_24) | | | |
| M. | United States | February 2022 Telegram Messages (USAO_100) | | | |
| N. | United States | March 2022 Telegram Messages (USAO_101) | | | |
| O. | United States | April 2022 Telegram Messages (USAO_102) | | | |
| P. | United States | May 1 to May 12, 2022 Telegram Messages (USAO_107) | | | |
| Q. | United States | May 12 to May 23, 2022 Telegram Messages (USAO_108) | | | |
| R. | United States | May 23 to May 31, 2022 Telegram Messages (USAO_109) | | | |
| S-1. | United States | May to June, 2022 Telegram Messages (USAO_111-121) | | | |

| | | | | | |
|---|---|---|---|---|---|
| S-2. | United States | May to June, 2022 Telegram Messages (USAO_111-121) | | | |
| S-3. | United States | May to June, 2022 Telegram Messages (USAO_111-121) | | | |
| S-4. | United States | May to June, 2022 Telegram Messages (USAO_111-121) | | | |
| T. | United States | June 11, 2022 Bank Check (USAO_4136) | | | |
| U. | United States | Image of June 11 Location | | | |
| V. | United States | June 7 to June 9, 2022 Telegram Messages (USAO_123) | | | |
| W. | United States | June 9 to June 17, 2022 Telegram Messages (USAO_124) | | | |
| X. | United States | June 17 to June 30, 2022 Telegram Messages (USAO_125) | | | |
| Y. | United States | July 6, 2022 Recording (USAO_1254) | | | |
| Z. | United States | Draft Transcript of July 6, 2022 Recording (USAO_2879-2880) | | | |
| AA-1. | United States | July 7, 2022 Bag of Money (USAO_8423) | | | |
| AA-2. | United States | July 7, 2022 Feng Chen Truck (USAO_8424-USAO_8425) | | | |
| AA-3. | United States | July 7, 2022 Feng Chen (USAO_8426) | | | |
| BB. | United States | Image of July 7, August 10, and August 11 Location | | | |
| CC. | United States | July 1 to July 8, 2022 Telegram Messages (USAO_130) | | | |
| DD. | United States | July 9 to July 20, 2022 Telegram Messages (USAO_131) | | | |
| EE. | United States | July 20 to July 31, 2022 Telegram Messages (USAO_132) | | | |
| FF. | United States | August 1 to August 31 Telegram Messages (USAO_134) | | | |
| GG. | United States | September 1 to September 15, 2022 Telegram Messages (USAO_139) | | | |
| HH-1. | United States | September 24 to October 11, 2022 Telegram Messages (USAO_140 and USAO_141) | | | |
| HH-2. | United States | September 24 to October 11, 2022 Telegram Messages (USAO_140 and USAO_141) | | | |

| | | | | | |
|---|---|---|---|---|---|
| II. | United States | October 11, 2022 Photographs (USAO_1948-1966) | | | |
| JJ. | United States | Sealed Exhibit 1 (USAO_4530-4535) | | | |
| KK. | United States | Sealed Exhibit 2 (USAO_10015-USAO_10031) | | | |
| LL. | United States | Sealed Exhibit 3 (USAO_16873-16878) | | | |
| MM. | United States | Jin Hua Zhang Plea Agreement, Dkt. No. 174 | | | |
| NN. | United States | Qing Hua Sun Plea Agreement, Dkt. No. 343 | | | |
| OO. | United States | October 28, 2021 Deposit Receipts (USAO_1983-1987) | | | |
| PP. | United States | February 15, 2022 Deposit Receipts (USAO_2035-2041) | | | |
| QQ. | United States | July 19, 2022 Deposit Receipts (UASO_2129-2130) | | | |
| RR. | United States | Jin Hua Zhang Cellular Phone, NY FBI Evidence Item 1B15_NYC034304 | | | |
| SS. | United States | Jin Hua Zhang Cellular Phone, NY FBI Evidence Item 1B16_NYC034305 | | | |
| TT. | United States | Certified FinCEN Records – Chen (USAO_4536, USAO_4538-4555, and USAO_6798) | | | |
| UU. | United States | Certified FinCEN Records – Zhang (USAO_4537, USAO_17199, USAO_4556-6797) | | | |
| VV. | United States | August 1, 2022 Article | | | |
| WW. | United States | July 29, 2022 D. MA USAO Press Release | | | |
| XX-1. | United States | Bank of America Records (USAO_2590-2597) | | | |
| XX-2. | United States | Bank of America Records (USAO_2590-2597) | | | |
| XX-3. | United States | Bank of America Records (USAO_2590-2597) | | | |
| YY. | United States | Encore Business Records (USAO_4364-4402) | | | |
| ZZ. | United States | Zelle Business Records (USAO_4410-4428) | | | |
| AAA. | United States | AT&T Business Records (USAO_11128-16870) | | | |

| | | | | | |
|---|---|---|---|---|---|
| BBB. | United States | Toll Analysis Summary Chart (USAO_17003-USAO_17011) | | | |
| CCC. | United States | Chen PRTT Data (USAO_2877) | | | |
| DDD. | United States | Chen Contacts (USAO_17003-17011) | | | |
| EEE. | United States | Chen WeChat Page (USAO_3668) | | | |
| FFF-1. | United States | Chen-Zhang WeChat Messages (USAO_2897-2905 and USAO_3669) | | | |
| FFF-2. | United States | Chen-Zhang WeChat Messages (USAO_2897-2905 and USAO_3669) | | | |
| FFF-3. | United States | Chen-Zhang WeChat Messages (USAO_2897-2905 and USAO_3669) | | | |
| GGG. | United States | Chen-Zhang WeChat Translation (USAO_4472-4512) | | | |
| HHH. | United States | Chen WeChat Search, Profile, and Translation (USAO_4516-4517 and USAO_6838-6839) | | | |
| III. | United States | Tron Tracing Summary Chart (USAO_20625-20631) | | | |
| JJJ-1. | United States | Certified MA Secretary of State Corporate Records- Results Page (USAO_9153) | | | |
| JJJ-2. | United States | Certified MA Secretary of State Corporate Records- C&L Capital (USAO_9076-9102) | | | |
| JJJ-3. | United States | Certified MA Secretary of State Corporate Records- Herico (USAO_9103-9108) | | | |
| JJJ-4. | United States | Certified MA Secretary of State Corporate Records- In House Kitchen Investments (USAO_9109-9121) | | | |
| JJJ-5. | United States | Certified MA Secretary of State Corporate Records- One Zo Franchise (USAO_9122-9134) | | | |
| JJJ-6. | United States | Certified MA Secretary of State Corporate Records- Panda Hot Pot (USAO_9135-9152) | | | |
| JJJ-7. | United States | Certified MA Secretary of State Corporate Records- United River Trading (USAO_16879-16884) | | | |
| KKK. | United States | City of Quincy Records (USAO_9052-USAO_9074) | | | |
| LLL. | Chen | Photos of Chen's Family | | | |
| MMM-1. | United States | Cambodia Location Photo- Great Wall (USAO_17177) | | | |
| MMM-2. | United States | Cambodia Location Photo- Jin Bei (USAO_17178) | | | |

| | | | | | |
|---|---|---|---|---|---|
| NNN. | United States | February 14, 2022 Location Photos (USAO_17141-17142) | | | |
| OOO-1. | United States | FinCEN BSA Reference (USAO_17017-17020) | | | |
| OOO-2. | United States | FinCEN Registration of Money Services Business (USAO_17021-17025) | | | |
| OOO-3. | United States | FinCEN Prevention Guide (USAO_17026-17129) | | | |
| OOO-4. | United States | FinCEN Report Reference (USAO_17130-17133) | | | |
| PPP-1. | Chen | Photos of Completed Chen Work | | | |
| PPP-2. | Chen | Photos of Completed Chen Work | | | |
| PPP-3. | Chen | Photos of Completed Chen Work | | | |
| PPP-4. | Chen | Photos of Completed Chen Work | | | |
| PPP-5. | Chen | Photos of Completed Chen Work | | | |
| PPP-6. | Chen | Photos of Completed Chen Work | | | |
| PPP-7. | Chen | Photos of Completed Chen Work | | | |
| PPP-8. | Chen | Photos of Completed Chen Work | | | |
| PPP-9. | Chen | Photos of Completed Chen Work | | | |
| PPP-10. | Chen | Photos of Completed Chen Work | | | |
| PPP-11. | Chen | Photos of Completed Chen Work | | | |
| PPP-12. | Chen | Photos of Completed Chen Work | | | |
| PPP-13. | Chen | Photos of Completed Chen Work | | | |
| PPP-14. | Chen | Photos of Completed Chen Work | | | |
| PPP-15. | Chen | Photos of Completed Chen Work | | | |
| PPP-16. | Chen | Photos of Completed Chen Work | | | |

| | | | | | |
|---|---|---|---|---|---|
| PPP-17. | Chen | Photos of Completed Chen Work | | | |
| QQQ-1. | Chen | Surveillance Log | | | |
| RRR. | United States | May 25, 2022 Photographs (USAO_8405-USAO_8421) | | | |
| SSS. | United States | DEA Ex. 1B13 Chemical Analysis Report (USAO_1247) | | | |
| TTT. | United States | Image of May 25 and July 14 Locations (USAO_6889-6896) | | | |
| UUU. | United States | May 25, 2025 – Cardboard Box and Paper Bag, FBI Evidence Item 1B15 | | | |
| VVV. | United States | May 25, 2022 – one (1) heat sealed bag containing one brick of confirmed cocaine, FBI Evidence Item 1B13 | | | |