UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 22-CR-10279-AK |
| | ) | |
| FENG CHEN, | ) | |
| Defendant | ) | |

**VERDICT**

Count One: Money Laundering Conspiracy,
Title 18, United States Code, Section 1956(h)

We the jury unanimously find the defendant, Feng Chen:

Guilty ____________ Not Guilty ✓

Count Two: Operating an Unlicensed Money Transmitting Business;
Aiding and Abetting
Title 18, United States Code, Sections 1960 and 2

We the jury unanimously find the defendant, Feng Chen:

Guilty ____________ Not Guilty ✓

Your deliberations are complete. The foreperson will sign the verdict form and notify the Marshal in writing that the jury has come to a decision without revealing the verdict to the Marshal. The jury will then be invited to the courtroom to return its verdict.

Dated: 8/13/2025 Jury Foreperson: [redacted]