UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 22-10279-AK(s) |
| | ) | |
| 5. THONG NGUYEN, | ) | |
| Defendant | ) | |

SUPPLEMENTAL SENTENCING MEMORANDUM OF THE UNITED STATES

At THONG NGUYEN's sentencing hearing, scheduled for August 15, 2025, the government will refer to the full transcript of the March 16, 2022, recorded meeting between NGUYEN, an FBI cooperating witness, and an FBI undercover agent, where NGUYEN laundered $100,000 in marijuana proceeds through co-defendant Jin Hua Zhang, who received a fee for laundering the funds (see Exhibit 1). The government provided this transcript to defense counsel on July 14, 2025, and the Court has seen this transcript in prior filings, most notably in the government's first motion to admit co-conspirator statements against Feng Chen (ECF No. 595).

The government refers the Court to the transcript in full, but most specifically to the following two passages:

First, at page 5 of the transcript, NGUYEN used a "token" system to confirm that the cooperating witness was in fact the individual he was supposed to meet with to complete the money laundering transaction. NGUYEN matched the serial numbers on a dollar bill carried by the cooperating witness to an image that had previously been provided to NGUYEN before the meeting through Zhang's group (NGUYEN jokingly referred to the matched dollar bill as his "receipt"). Here and in other places in the transcript, NGUYEN made clear that he had used this method of identification on numerous occasions. The exchange further supports the government's

contention that NGUYEN was someone who conducted these types of transactions regularly and serves to undercut Probation's grant of a minor role reduction to NGUYEN:

CW-1: 3, 0, 5, 2

NGUYEN: 3, 0, 5, 2. Yeah.

CW-1: Ok, I give it to you. You can keep this one.

NGUYEN: Here's my receipt!

CW-1: [laughs]

NGUYEN: That's how we do it, man! Make sure I have receipts so I meet the right guy

CW-1: Yeah

NGUYEN: I don't have this I'm fucked

Second, at page 6, NGUYEN made clear that he had been engaged in laundering drug proceeds for ten years:

NGUYEN: <u>This is mostly just weed, though</u>.

CW-1: <u>Because your boss told us inside this is weed money, but we are not sure</u>.

NGUYEN: <u>Oh no, it's 100 percent. That's all we do. For the last ten years</u>.

CW-1: [laughs]

NGUYEN: Once in a while we dip into like wax or something like that but we stopped doing that. It's too hard to sell.[1]

CW-1: Yeah that's good. Simple

NGUYEN: Yeah.

CW-1: And you won't get in too much trouble

NGUYEN: [overlapping] That's the fucking problem, that's the thing, too much borrowing. I have a family, man. Can't be doing that

---

[1] "Wax" is an especially strong variant of marijuana.

CW-1: Exactly.

NGUYEN was a long-term member of a drug trafficking organization that laundered money made from marijuana sales for years. His performance during this money laundering exchange was assured, practiced, and confident, as one would expect, given the number of times he had performed similar actions over that time. These factors further support the government's recommendation of 30 months in prison.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Christopher Pohl
Christopher Pohl
Meghan C. Cleary
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 14, 2025.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney