UNITED STATES v. FENG CHEN

Cr. No. 22-10279-AK

EXHIBIT:
TYPE: Consensually recorded meeting
PARTICIPANTS: Thong Nguyen, CW-1
DATE: March 16, 2022

****************************************************************************

[conversations with UC in italics, conversations in Mandarin are bolded and underlined]

CW-1: Hello?

NGUYEN: You here?

CW-1: Yeah I'm here, but which one, the gray . . . ?

NGUYEN: The gray Toyota truck.

CW-1: The gray Toyota truck. OK, let me take a look

NGUYEN: I'm literally on the left side of the Chipotle, like facing the highway.

CW-1: Facing the . . . oh, ok, hold on, let me look.

NGUYEN: Right here, right here, right here.

CW-1: Right here?

NGUYEN: Right here, right here, right here, left left left, me me me.

CW-1: Oh! [laughs] Oh God, I see you. OK.

Hey, what's up man?

NGUYEN: So, 100, 3 thousand, 800.

CW-1: So, 100 . . .

NGUYEN 103,800

CW-1: Can I take a look?

NGUYEN: Yeah, yeah.

You have the dollar?

CW-1: Oh, yes!

NGUYEN: I need the dollar.

[pause as CW-1 walked back to car]

| | |
|---|---|
| CW-1: | All right. Oh man. [inaudible] |
| NGUYEN: | Let me see, let me make sure I have the right number |
| CW-1: | That's five. |
| NGUYEN: | Five? Just give me one |
| CW-1: | Oh, ha, just give me one |
| NGUYEN: | . . . [inaudible]. Keep this one for next time |
| CW-1: | For next time? Ok. So each time I give you one? |
| NGUYEN: | Yeah, because I have five, so each time you give me one and I take one off the list |
| CW-1: | Ok. |
| NGUYEN: | Yeah, and, um, every bundle is $10,000 , , , |
| CW-1: | Ok |
| NGUYEN: | and then the one I fold in half is [inaudible] |
| | [inaudible] |
| | Sorry . . . |
| CW-1: | Oh, no problem, don't worry about it |
| NGUYEN: | I know you have to make it back to New York |
| CW-1: | [counting] |
| NGUYEN: | And the one I fold in half, that's $3,800 |
| CW-1: | And then my boss, they send [inaudible] |
| NGUYEN: | Yeah, please. Thank you man |
| CW-1: | Give me one second |
| NGUYEN: | Yeah sure |
| CW-1: | I have to call my boss too |
| NGUYEN: | Do whatever you have to do |
| CW-1: | Signal not good here . . . |
| | **Chief Hua, there's $100,000, plus a $3,800 fee in front of me. We will send you the "U"** |

| | |
|---|---|
| CW-1: | So, before you say, you get in trouble this morning? |
| NGUYEN: | [laughs] No! I was busy! With work! So I didn't notice the time. And my phone was on silent. And then, by the time I looked, I said, "oh, fuck!" I was supposed to meet with you at 12:00. |
| CW-1: | That's fine. Don't worry about it. |
| NGUYEN: | Won't happen next time, man. |
| CW-1: | [laughs] |
| NGUYEN: | This area is safe. No problem. |
| CW-1: | Yeah |
| NGUYEN: | It's the Quincy area I don't like |
| CW-1: | Uh, huh |
| NGUYEN: | A lot of people get stopped there, by mistake |
| CW-1: | You live around here? |
| NGUYEN: | I live up here! By choice |
| CW-1: | I live in Quincy, that's why it's more easier for me |
| NGUYEN: | Ok, maybe next time I can meet you halfway down . . . |
| CW-1: | [overlapping] halfway down there, like South Bay |
| NGUYEN: | South Bay Plaza! |
| | As long as we do something like this, you know, you come into the car, I drop you off over there, just don't do it on the street |
| CW-1: | Yeah, of course, never done it on the street |
| NGUYEN: | Yeah, don't do anything on the street |
| CW-1: | That's stupid, yeah. |
| | Let me call the tech guy to send the crypto |
| NGUYEN: | Yeah, no problem |
| *CW-1:* | *Hey, Jay, I have the cash in front of me, the total is [inaudible] so maybe you can . . . I send you the address already* |
| | *[conversation with UC on phone in background]* |
| *CW-1:* | *The total is $100,000, plus the fee, $3,800* |
| | *[conversation with UC on phone in background]* |

*No, the total is $100,000, plus the $3,800, but the fee's not all us, you know, there's some people for the other guy*

*[conversation with UC on phone in background]*

*Yup, and do you have enough of the crypto to send?*

*[conversation with UC on phone in background]*

*Ok, sure, no problem, I'll let the [unintelligible] know*

*[conversation with UC on phone in background]*

*I'm in the car here. The money's in front of me.*

*[conversation with UC on phone in background]*

*In the guy's car. Yeah, our cars are next together*

*[conversation with UC on phone in background]*

*You can send it right now. Yeah*

*[conversation with UC on phone in background]*

*Ok, sure, no problem. All right, bye.*

CW-1: [To NGUYEN] Ok, he's sending it now

NGUYEN: Cool. Sounds good, brother

CW-1: Yeah, because my boss is different to another boss, so . . .

NGUYEN: Yeah . . .

CW-1: So my boss is, one day, this is the first pick up for us, so, and especially after waiting for an hour . . .

NGUYEN: Yeah, I'm so sorry

CW-1: They were afraid something was wrong

NGUYEN: No, no, no

CW-1: Ok, just wait for them to send it

NGUYEN: Yeah, no problem

Damn, I'm sorry man

CW-1: Don't worry about it! I get it! [laughs] Let's forget about it

NGUYEN: I have a million things I have to do

CW-1: My boss is different to the other boss. So, my boss has a question. Because they have to charge the different percentage. So do you guys know, the money's from the drugs? Or for something else. For the weed?

| | |
|---|---|
| NGUYEN: | This one? I'm not sure. My people just tell me to get everything together, prepare, and drive, that's it. |
| CW-1: | Because we charge different percentage . . . |
| NGUYEN: | Oh, for different things? You have to ask my guy then. |
| CW-1: | Ok |
| NGUYEN: | Yeah ask my guy. I'm not 100 percent sure |
| CW-1: | Because usually we charge 1.5 to 4 percent [] separating out what the money is |
| NGUYEN: | Oh |
| CW-1: | And my boss, they don't do the hard drugs, like fentanyl, something like that |
| NGUYEN: | We don't fuck with that. That's for sure. We've got families [laughs] |
| CW-1: | The other boss said I give you this one |
| NGUYEN: | Yeah |
| CW-1: | 3, 0, 5, 2 |
| NGUYEN: | 3, 0, 5, 2. Yeah. |
| CW-1: | Ok, I give it to you. You can keep this one. |
| NGUYEN: | Here's my receipt! |
| CW-1: | [laughs] |
| NGUYEN: | That's how we do it, man! Make sure I have receipts so I meet the right guy |
| CW-1: | Yeah |
| NGUYEN: | I don't have this I'm fucked |
| CW-1: | OK, I just wait for them to confirm |
| NGUYEN: | You driving back today? |
| CW-1: | Oh no. I'm going to be staying for a couple of days here. |
| NGUYEN: | Here? |
| CW-1: | No, no, the [inaudible] |
| NGUYEN: | Oh, yeah |
| CW-1: | Something to do with the |
| NGUYEN: | No, definitely not with the fentanyl. What the fuck. It's crazy |

CW-1: My boss, they're dealing with some people in L.A. and in Mexico, they do fentanyl

NGUYEN: I know, I know. That's scary man. People die from that stuff

CW-1: We don't charge low percent. We charge more like 9 percent for that stuff. For the money. So that's why my boss wanted me to ask you what kind of money this is.

NGUYEN: This is mostly just weed, though.

CW-1: Because your boss told us inside this is weed money, but we are not sure.

NGUYEN: Oh no, it's 100 percent. That's all we do. For the last ten years.

CW-1: [laughs]

NGUYEN: Once in a while we dip into like wax or something like that but we stopped doing that. It's too hard to sell.

CW-1: Yeah that's good. Simple

NGUYEN: Yeah.

CW-1: And you won't get in too much trouble

NGUYEN: [overlapping] That's the fucking problem, that's the thing, too much borrowing. I have a family, man. Can't be doing that

CW-1: Exactly.

NGUYEN: But I know in southern California it's pretty big over there

CW-1: Mmm, hmm

NGUYEN: When I was in Mexico, it's everywhere

CW-1: You've been to Mexico before?

NGUYEN: Yeah, I just came back.

CW-1: What did you do there?

NGUYEN: Vacation

CW-1: Oh nice! Yeah

How's everything right there, now?

NGUYEN: Quiet

CW-1: Quiet.

NGUYEN: It's crazy, huh? Now everything is crypto and everything

CW-1: Yeah. The stock markets

| | |
|---|---|
| NGUYEN: | Oh yeah, it's crashed ever since . . . |
| CW-1: | Today is good. Everything is up |
| NGUYEN: | The war is messing everything up |
| CW-1: | I lost already 20 K on the war already. It's fucking bullshit. Sick. You know, me and my friend, we bet they don't go to war, but they did. |
| NGUYEN: | They did. |
| CW-1: | Exactly. The Russian president, they have the bomb, they're defiant, oh fuck. Hang on: |
| | *[conversation with UC on phone in background]* |
| | *Ok, I go away now. Ok, no problem. Ok, bye* |
| | They said they sent it, let me confirm it. Let me send a screen to your boss |
| NGUYEN: | Please |
| CW-1: | [pause] |
| | Let me confirm |
| | <u>**Hey Chief Hua, so the foreigner said he has already transferred the money. Did you receive it**</u>**?** |
| **ZHANG:** | <u>**Yes I did**</u> |
| **CW-1:** | <u>**I'm still in the car**</u> |
| CW-1 | They say I can go away already |
| NGUYEN: | Ok! Catch you later, brother! |
| CW-1: | Do you need to confirm with your boss? |
| NGUYEN: | I already did! I told you, this is my receipt right here. As long as I have this, I'm with the right person |
| CW-1: | OK, see you next time! One, two, three, four. OK. |