UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RONGJIAN LI )<br>) | 1:22-cr-10279-AK-8 |

**ASSENTED-TO COUNSEL'S MOTION TO CONTINUE SENTENCING HEARING**

NOW COMES, undersigned counsel for Rongjian Li who respectfully files this Motion to Continue the Sentencing hearing in this case. In support thereof, the undersigned counsel states the following:

1. This Honorable Court scheduled a Sentencing hearing on September 19, 2025, at 2:30 p.m.
2. Undersigned counsel has been unexpectedly out of state due to a family medical emergency which recently culminated in the passing of a family member.
3. Undersigned counsel has communicated with AUSA Christopher Pohl who assents to this motion.

WHEREFORE, the undersigned counsel respectfully requests this Motion to Continue be allowed and a final Sentencing hearing date be re-set for late October to provide further sufficient time for sentencing preparation.

|   |   |
|---|---|
| | Respectfully Submitted and Signed Under Pains and Penalties of Perjury:<br>RONGJIAN LI<br>By his Attorney: |
| Dated: August 19, 2025 | */s/ Robert M. Griffin*<br>Robert M. Griffin, BBO No. 553893<br>rgriffin@dharlawllp.com<br><br>Schrafft's City Center Powerhouse<br>529 Main Street. Suite P200<br>Charlestown, MA 02129<br>Office: 617.880.6155<br>Fax: 617.880.6160 |

## CERTIFICATE OF SERVICE

I, Robert M. Griffin, counsel for Defendant, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by hand, first class mail, facsimile or electronic mail to:

AUSA Christopher Pohl
US Attorney's Office
Email: Christopher.Pohl@usdoj.gov

*/s/ Robert M. Griffin*
Robert M. Griffin, BBO No. 553893