UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    1:22-CR-10279-AK-8

V.

RONGJIAN LI

DEFENDANT'S SENTENCING MEMORANDUM

Now comes the defendant Rongjian Li and respectfully submits to this Honorable Court the following memorandum in support of his sentencing recommendation in support of his request for a disposition of a three year period of probation.

On February 28, 2025 the defendant has entered a plea of guilty to one count of the above referenced indictment charging him with violation of 18U.S.C. §1956(a)(1)(B)(i)(h). The Pre-Sentence Report USSG range calculation places his total offense level at 27 with a category I criminal history. The sentencing range per the USSG for this category and level is seventy to eighty seven months committed to the Bureau of Prisons.

PERSONAL HISTORY AND CHARACTERISTICS

The defendant respectfully implores this Honorable to consider the nature of this offense conduct, Mr. Li's personal characteristics and personal history and depart from the recommended range. The defendant's personal history is fully discussed within the pre-sentence report. As noted Mr. Li emigrated to the United States as a small child with his parents. He has no prior criminal record; he is a college graduate and most important he is the family's main source of support. He has maintained full time employment since graduating college and when his father

passed away he took over his duties as the family breadwinner. He now supports his widowed mother, his partner and their autistic child. Counsel for Mr. Li cannot emphasize strongly enough the financial and emotional burden of caring for a young child with such drastic special needs. As all young children his attachment to his parents is foremost in his world, when a disability such as autism is added to the relationship it becomes exponentially greater and that much more stressful. Mr. Li is not asking the Court for sympathy rather he is stressing what a profound effect this Indictment has had upon him to reassure this Court that he will not be a risk to reoffend. Mr. Li is attaching several letters in support of his recommendation.

## ADEQUATE AND APPROPRIATE SENTENCE

Mr. Li is making a recommendation to this Court to consider his lack of criminal record, his family situation and his personal characteristics in determining his sentence. Mr. Li has demonstrated that he is a responsible, productive member of society. He came to this country as a small child unable to speak the English language, yet he made the effort to learn the language, graduate from college and provide for his family. His association with this offense was not something he sought out but was solicited by others. At the point that he realized this relationship was not what he originally expected he was already culpable and he has regretted his involvement since that day. Mr. Li has come to understand the severity of this activity and more importantly the potentially devastating effect this could have upon his family. Mr. Li has been a citizen of the United States since he was eighteen years of age, some twenty years ago. He has been a productive member of society his entire life; the conduct he has plead guilty to is a non-violent offense, he has never before been involved in criminal activity and he is extremely unlikely to reoffend.

For all of these reasons counsel for Mr. Li respectfully requests that this Honorable Court impose a sentence of five years probation. This will ensure that Mr. Li is held accountable for his one major lapse in judgement, it will meet the sentencing goals of accountability for ones behavior, protection of the public from future

criminal conduct and provide the necessary deterrence from further criminal activity.

Respectfully Submitted,

Rongjian Li

By His Attorney,

*//Robert M. Griffin, Esq.//*

DHAR LAW, LLP

Schrafft's City Center Power House

529 Main Street, Suite P200

Charlestown, Massachusetts 02129

Office: 617-880-6155

Mobile: 508-922-9794

Fax: 617-880-6160

rgriffin@dharlawllp.com

www.dharlawllp.com

## Exhibit List

1. Letter from Xiao Xia Chen Ruan
2. Letter from Huang Nuliang
3. Letter from Alice Youran Huang
4. Letter from Ping Yue Li
5. Letter from Chaohua Wu

May 1, 2025

RE: Rongjian Li

Dear Judge,

I am writing this letter in support of Rongjian Li. I have known him for 15 years, and we share a long history together. We were previously in a relationship and are now close friends. Most importantly, he is the father of our child, which makes our continued communication and cooperation essential. Despite no longer being romantically involved, I care deeply about Rongjian and respect the role he plays in our child's life.

I am aware of the legal trouble that Rongjian is currently facing, and I understand how serious the situation is. We have spoken about the case, and I believe he fully understands the consequences of his actions. I am doing what I can to support him through this difficult time—not only for his sake but for the well-being of our child as well. I'm also in a position to help by offering emotional support and ensuring a stable environment for our child.

Over the years, I have seen many sides of Rongjian, and I can honestly say that he has good qualities that deserve to be recognized. He has shown responsibility and care when it comes to our child, and I have witnessed moments of genuine love, effort, and personal growth. A meaningful example of this is how he makes a consistent effort to stay involved in our child's life, even though we live in different states. He regularly calls, checks in on school progress, and makes sure to be emotionally present as a father from afar. That level of effort—despite the distance—shows me that he takes his role seriously and is working hard to be a positive, reliable presence.

In addition to his dedication as a father, he continues to show care and respect toward me as a person. He checks in on how I'm doing, offers help when I'm overwhelmed, and encourages me in both parenting and my personal goals. For example, when I was going through a stressful time with work and parenting responsibilities, he made an effort to listen, offer reassurance, and remind me that I wasn't alone in managing everything. These

acts of kindness and emotional support reflect a side of him that is thoughtful and compassionate. It's that kind of character that convinces me he's capable of meaningful, lasting change.

I know that Rongjian regrets being involved in this situation and wants nothing more than to move forward in life for the better—especially for the sake of our child. I truly hope the Court will consider this letter as a testament to his potential and the support he has around him. Thank you for taking the time to read my letter and consider my perspective.

Respectfully yours,

*[signature]*

Xiao Xia Chen Ruan

**WASHINGTON** WA USA

**DRIVER LICENSE**
FEDERAL LIMITS APPLY

4d LIC# WDL1TBP9D63B   9 CLASS
1 CHEN RUAN
2 XIAO XIA
4a ISS 10/31/2023
3 DOB 11/18/1992
8 31503 117TH PL SE
AUBURN WA 98092-3691
15 SEX F
16 HGT 4'-11"
12 RESTRICTIONS B
18 EYES BRO
17 WGT 110 l
9a END NON
4b EXP 11/ /2031
5 DD WDL1TBP9D 10312398 2115
20 R10312398 2115
REV 11/12/2019



LICENSING   21   11474001008545301

CLASS

ENDORSEMENTS:
NONE

RESTRICTIONS:
B-Corrective Lenses must be worn

Please notify the Department of Licensing within 10 days of a change of address.

11/18/1992

## Letter of character
1 message

Nuliang <nuliang1957@gmail.com>                                   Thu, May 1, 2025 at 8:49 PM
To: "chey@dharlawllp.com" <chey@dharlawllp.com>, "rgriffin@dharlawllp.com" <rgriffin@dharlawllp.com>

Re: Li Rong Jian

I am the mother of Li Rongjian, My son is the main supporter of the family. He takes care of my grandson who is diagnosed with autism and I on a daily basis.

When I saw him taken away that night I fainted. I don't know what is going on. I was clueless and didn't know how to react. He is a great person and he takes care of me and the family. He works very hard to financially support the family. He will never do anything to hurt anybody in any form of ways. He used to work day time and go to college at night time so he can be better prepared when he finishes college with working experience. He is caring and generous and shows respect to people around him.

He prepares the meal for the family on a daily basis. He takes me to see the doctor on weekends on his days off. He does the grocery shopping for the family. He plays a very important role for the family

After all this time with the case opened I see that he's extremely regretful for being involved with this case and I see that he is trying very hard to move on and put his feet back on the ground.

I sincerely ask the court to consider his good characteristics and the importance of his role to our family. If anything more needed from me I am more than glad to provide.

Thank you very much for your time.



**IMG_0522.jpeg**
222K



# Rongjian li

1 message

**Alice Huang** <alice.h.0521@gmail.com>  Fri, May 2, 2025 at 7:55 AM
To: chey@dharlawllp.com, rgriffin@dharlawllp.com

I am writing on behalf of my most respected person Rongjian Li, I have known him for more than 8 years now. He is part of my life and father of my son.

We've been working together previously and I know he is a very hard working person and appreciates what he has. He is an amazing team player, whenever a team member needs help he will do what he can to help. He was doing very well in performance; he got promoted as a business banker within a year. He works in a different location and yet we still talk to each other. Things went alone and we started dating. I found out he is very responsible for people around him. As time goes by we start planning for our future as we were dating. He helps with taking care of my family and also my grandparents. When we need him he is always there.

We got our first baby Ernest, he was born as a premie he stayed in NICU for 30 days and he works day time and night time to take care of me and the baby for months. During Covid time many newborn were having issues with developing. At the age of three he was diagnosed with Autism. He was very worried, always trying to play with him, trying to make him talk and play together with him. He would sing songs with him. He always prepare meals for the family especially for Ernest he likes his cooking. Now Ernest is in special Ed school district 75 who serves 8:1:1 students. And Rong always wakes up early in the morning to drop him off to school make sure Ernest gets the best assistant program to help him in developing. On weekends Rong always takes us out to the park or beach walk to spend some family time together.

Rong is a good hearted person and has been playing a very important role for me and the family. I sincerely ask for the court to take his characteristics and personality into consideration. If there's more I can do please feel free to let me know I am more than happy to provide.

Thank you for your time



# Letter of support for rongjian li

1 message

**Sandy Li** <sandytheone88@gmail.com>  Thu, May 1, 2025 at 3:11 P
To: chey@dharlawllp.com, rgriffin@dharlawllp.com

Re: RongJian Li

I am a family member of Rongjian Li I am his sister. We've grown up together. He is my younger brother he's always there for our family.

I acknowledge that Rong been accused in this case. I've been talking to him hopefully can help release his internal stress.

He's been a excellent brother to me and family member to our family. He's also so supportive to my family and I. He works really hard, bring food to the table takes care of our elderly mother. He also takes care of his own family. I know that he always does right thing. He's never done anything bad. I still remember how hard he was working when he was 21 years old. He does a full time job in a day time and yet he still goes to night class in college full time so he can graduate college sooner. So he can start find better jobs and support the family more. Even now after me got married and now with two sons. Rong still helping me when I needed him to.

I kindly ask the court to consider his goodness character and the importance of his role in our family. If you need more information I am happy to provide.

Thank you for your time



# NEW YORK STATE USA
## DRIVER LICENSE

**NOT FOR FEDERAL PURPOSES**

Mark JF Schroeder
Commissioner of Motor Vehicles



ID **102 679 718**      Class **D**

LI
YUE,PING
21 LINDA AVE
STATEN ISLAND, NY 10305

DOB **01/04/1986**
Issued **12/06/2024**
Expires **01/04/2033**
E NONE
R B
Sex F    Height 5'-01"    Eyes BRO



M Gmail                                                                Robert Griffin <rgriffinlaw@gmail.com>

# Fwd: Rongjian Li

1 message

Cheyevna Hausmann <chey@dharlawllp.com>                               Mon, May 5, 2025 at 11:15 A
To: Robert Griffin <rgriffin@dharlawllp.com>

---------- Forwarded message ---------
From: **Cha Wo o** <chao.h.wu@gmail.com>
Date: Thu, May 1, 2025 at 6:50 PM
Subject: Re: Rongjian Li
To: <chey@dharlawllp.com>

Re: Rongjian Li

My name is Chaohua Wu, I am writing this letter on behalf of Rongjian Li (Rong). I have known him since high school. He is a very kind, polite, generous and compassionate person.

Back in 2008 when I joined the US Army, away from my family and my father had a heart attack. I contacted Rong to ask for help, and he did not hesitate. For months, he took his personal time off to take my father for medical checkups, doctor visits, and help my parents with groceries. In 2020, during the COVID era he risked his own life to deliver food and medical supplies for my parents. These might be small things to other people, but I always remember and thank him for his selfless support.

In 2023, Rong contacted me and told me that he was in trouble. He explained what had happened and he regrets being involved with this case. He worries that his son (Ernest) will be growing up without a father. Especially Ernest needs special help.

I kindly ask the court to consider his good character, and Ernest needs his father.

Very Respectfully,

Chaohua Wu


--
Cheyevna Hausmann
DHAR LAW, LLP
Schrafft's City Center Power House
529 Main Street, Suite P200
Charlestown, Massachusetts 02129



This email may contain confidential privileged material for the sole use of the intended recipient(s) and may be subject to the attorney-client privilege. Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message. Please visit www.dharlawllp.com for more information.