UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 22-10279-AK |
| | ) | |
| 1.   JIN HUA ZHANG, | ) | |
|      Defendant | ) | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

Now comes the United States, through counsel, and respectfully requests that the Court continue the defendant's sentencing to a date during the week of March 23, 2026, on a date convenient to the Court and counsel. As grounds therefore, the government states that because of undersigned counsel's trial schedule, additional time is needed to obtain necessary information from another U.S. Attorney's Office in order to prepare the government's sentencing memorandum. The defendant, through counsel, has assented to this request. If the Court is available, the defendant requested that the hearing be set for March 26 or 27, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Christopher Pohl
      Christopher Pohl
      Meghan C. Cleary
      Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 6, 2026.

By:   /s/ Christopher Pohl
      Christopher Pohl
      Assistant U.S. Attorney