| PROB 22 (Rev. 01/24) | | FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. * MAY 11, 2026 * BROOKLYN OFFICE | DOCKET NUMBER *(Tran. Court)* 0101 1:22CR10279-AK-08 |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | | DOCKET NUMBER *(Rec. Court)* 26-CR-131 Judge William F. Kuntz |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Massachusetts | DIVISION |
|---|---|---|
| Rongjian Li Eastern District of New York | NAME OF SENTENCING JUDGE Honorable Angel Kelley | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/27/2025 | TO 10/26/2028 |
|---|---|---|---|

**OFFENSE**

Count 1s: Money Laundering Conspiracy in violation of Title 18 U.S.C. § 1956(h)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Li is currently residing in the ED/NY and does not plan on returning to the D/MA.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Massachusetts___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Eastern District of New York   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 4/15/26 | /s/ Angel Kelley |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___New York___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| May 12, 2026 | s/WFK |
|---|---|
| *Effective Date* | *United States District Judge* |

1