UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-10279-AK |
| | ) | |
| (1) JIN HUA ZHANG, | ) | |
| Defendant. | ) | |

## **DECLARATION OF PUBLICATION**

Under 21 U.S.C. § 853(n)(1), Rule 32.2(b)(6)(C) of the Federal Rules of Criminal

Procedure, and the Attorney General's authority to determine the manner of publication of an

Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official

government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on

April 4, 2026, and ending on May 3, 2026.   *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.   Executed on June 23, 2026, at Boston, Massachusetts.


/s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Carol.Head@usdoj.gov