UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-10279-AK |
| | ) | |
| (1) JIN HUA ZHANG, | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case, pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.   A proposed Final Order of Forfeiture is submitted herewith.   In support thereof, the United States sets forth the following:

1.      On April 2, 2026, in connection with the charges against defendant Jin Hua Zhang (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

   a.      $73,500 received by wire from Jin Hua Zhang, seized on or about September 14, 2022;

   b.      $143,325.82 in funds seized from Bank of America # XXXXXXXX1436 in the name of MDS Ecommerce;

   c.      $158.92 in funds seized from Wells Fargo # XXXXXXXX0248 with known check remitters KC International Trade Corp., Kun Chen, Lianqun Zhang, Weiting Chen, and Yulong Chen;

   d.      19719.80000000 USDT (Tether) seized from Binance Account with UserID x0117, User Name Ding Zhiqiang; and the wallet address of TKunVXUcWceDZor8hDAXTD8iVYnScE3rET;

e.    17905.93424063 USDT (Tether) seized from Binance Account with UserID x0839, User Name Ng Yen Chao, and the wallet address of TKCEK8hd1UMW7p2iUpmPTW7TfNrGy61fum; and

f.    11722.80000000 USDT (Tether) seized from Binance account with UserID x3258, User Name Guodong Wu, and the wallet address of TPJFmmy3A8JD2LPBLjVkiYVVSkfUDdj1V8

(collectively, the "Assets").   *See* Docket No. 830.

2.    Notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on April 4, 2026, and ending on May 3, 2026.   *See* Docket Nos. 850 and 851.

3.    No claims of interest in the Assets have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture against the Assets, in the form submitted herewith.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,


By:    */s/ Carol E. Head*
CHRISTOPHER J. POHL
BRIAN ALEXANDER FOGERTY
MEGHAN CHAMBERS CLEARY
CAROL E. HEAD
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated:   June 23, 2026                     Carol.Head@usdoj.gov

2