UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-10279-AK |
| | ) | |
| (1) JIN HUA ZHANG, | ) | |
| Defendant. | ) | |

## **FINAL ORDER OF FORFEITURE**

**KELLEY, D.J.**

WHEREAS, on April 2, 2026, in connection with the charges against defendant Jin Hua

Zhang (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the

following property, pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and Rule 32.2(b)(2) of

the Federal Rules of Criminal Procedure:

a.  $73,500 received by wire from Jin Hua Zhang, seized on or about September 14, 2022;

b.  $143,325.82 in funds seized from Bank of America # XXXXXXXX1436 in the name of MDS Ecommerce;

c.  $158.92 in funds seized from Wells Fargo # XXXXXXXX0248 with known check remitters KC International Trade Corp., Kun Chen, Lianqun Zhang, Weiting Chen, and Yulong Chen;

d.  19719.80000000 USDT (Tether) seized from Binance Account with UserID x0117, User Name Ding Zhiqiang; and the wallet address of TKunVXUcWceDZor8hDAXTD8iVYnScE3rET;

e.  17905.93424063 USDT (Tether) seized from Binance Account with UserID x0839, User Name Ng Yen Chao, and the wallet address of TKCEK8hd1UMW7p2iUpmPTW7TfNrGy61fum; and

f.  11722.80000000 USDT (Tether) seized from Binance account with UserID x3258, User Name Guodong Wu, and the wallet address of TPJFmmy3A8JD2LPBLjVkiYVVSkfUDdj1V8

(collectively, the "Assets");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on April 4, 2026, and ending on May 3, 2026; and

WHEREAS, no claims of interest in the Assets have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.      The United States' Motion for a Final Order of Forfeiture is allowed.

2.      The United States of America is now entitled to the forfeiture of all right, title, or interest in the Assets, and they are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3.      All other parties having any right, title, or interest in the Assets are hereby held in default.

4.      The United States is hereby authorized to dispose of the Assets in accordance with applicable law.

5.      This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Angel Kelley

_____

**ANGEL KELLEY**
United States District Judge

Dated:    June 25, 2026
      _____

2