# OUR LADY OF SORROWS PARISH

59 Cottage Street, Sharon. MA 02067

July 17, 2026

To Whom it May Concern:

Roger Luo of 66 Beacon Street, Winthrop, Massachusetts, is generously donating his labor and expertise to replace the badly deteriorated front steps of the Our Lady of Sorrows Rectory and install a new walkway. The project, currently in progress, is valued at an estimated $45,000, yet Mr. Luo is providing his services entirely free of charge as an expression of honoring God through this act of generosity and giving back to the greater community. As the work continues, he has demonstrated craftsmanship, paying close attention to every detail and ensuring that the men working alongside him uphold the same high standards of quality. Just as impressive as his skill is his kindly and humble manner, treating everyone with patience and respect. His dedication and generosity are already a tremendous blessing and a wonderful example of service in action.

Sincerely,

Fr Michael Medas

Reverend Michael Medas
Pastor

Phone: 781-784-2265
www.olossharon.org
Email: parish@olossharon.org

# Our Lady of Sorrows Catholic Church

*[illegible]*

Petition letter

Rev. John S. Chen, PhD
59 Cottage Street
Sharon, MA 02067
Email: frjohnchensj@olossharon.org
Tel. 781-784-2265

10/15/2025

Honorable Judge Angel Kelley
United States District Court for
The district of Massachusetts
1 Courthouse Wy, Boston, MA 02210

Dear Honorable Judge Kelley

I, Fr. John S. Chen, am the pastor of Our Lady of Sorrows Catholic Parish in Sharon, Massachusetts. I am writing this letter to ask for your lenience on behalf of Mr. Roger LUO who is the defendant in case Number 22-6321-MPK before you which is scheduled on November 4th, 2025.

I got acquainted with Roger through a cousin of mine over at a dinner we had together. Knowing Roger was not baptized and in the process of searching for God in his life, I invited him to come to my parish out of my apostolic zeal for missions without any hesitation. I knew, with the help of God, I would be able to help him see Jesus. Out of my 30-year priestly experiences, I knew Roger would have an interesting stories behind which motivated him to search for God.

Roger did come to visit me in my church, and I started as I usually do when I dealt with adult conversion by inviting him to share his life stories with me first to evaluate and plan the curriculum accordingly. His story made me think of many difficult stories that I have heard over the years from the new Chinese Immigrants in the 90s. Many Chinese came to the USA to try to find their American dreams; others came to leave persecutions and hardships behind. However, they all had to start from the bottom and low-paying jobs and managed not only to survive, but also to help their loved ones in China to be able to come to join them in the future.

Roger thought he could make some quick money by getting involved with money-laundering activities, but he was wrong. He broke the law and was caught. As the court sentence is approaching after being convicted three years ago, he is getting anxious, worried, lonely, helpless and afraid. Not so much about himself because he knows he should be responsible for his actions, which is justice, but the well-being of his elderly parents and his young son (Roger is a single parent) who is in middle school, which is his filial

# Our Lady of Sorrows Catholic Church

*We embrace + We proclaim + We pursue + We practice + We call upon + We welcome*

and paternal love. The three-year supervised probation period has become a life-changing opportunity for him. Roger has matured greatly. Now, he is a good restaurant owner who has turned his business around from under to profit-making. He is a good son to his parents by spending time with them and caring for them. He is a good father to his only son by teaching him the pursuing of happiness, self-discipline and confidence.

Your honor, thank you for reading this letter, and I pray that you will take my petition into consideration while you are giving Roger his sentence. Indeed, justice needs to be served, mercy also needs to be made. Roger is indeed a prodigal young man. He has come to his senses (Lk 15:17) and is determined to be a law-binding person by accepting whatever sentence you give him and serve it. My heart felt compassion for him while listening to the trembling voice expressing his love and concern for his family. I do believe that severe punishment will be detrimental to his family: elderly parents and young son.

Sincerely yours

Fr. John S. Chen


Our Lady of Sorrows Catholic Church



Rev. John S. Chen, Ph.D.
Pastor

59 Cottage Street
Sharon, MA 02067
office phone: [illegible]
cell phone: [illegible]
email:
[illegible]
website
www.olossharon.org